**R.T.D., by and through his parents; R.D.; M.D., Plaintiffs–Appellants,**

v.

**State of HAWAII DEPARTMENT OF EDUCATION, Defendant–Appellee.**

**No. 12–16191.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 12, 2013.

Filed Aug. 28, 2013.

Jennifer Visitacion Patricio, Paul D. Alston, Esquire, Alston Hunt Floyd & Ing, Jason H. Kim, Schneider Wallace Cottrell Brayton Konecky LLP, San Francisco, CA, for Plaintiffs–Appellants.

Kris S. Murakami, Esquire, Holly T. Shikada, Esquire, Deputy Assistant Attorney General, AGHI–Office of· the HI Attorney General, Honolulu, HI, for Defendant–Appellee.

Before: FARRIS, D.W. NELSON, and NGUYEN, Circuit Judges.

### MEMORANDUM *

This appeal presents the same issues decided today by our opinion in *E.R.K. v. State of Hawaii Department of Education*, No. 12–16063, 728 F.3d 982, 2013 WL 4530914 (9th Cir. Aug. 28, 2013) (slip op.), to wit: (1) Whether the district court

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

erred in granting judgment to the Department of Education on R.T.D.'s claim that Hawaii Revised Statutes § 302A–1134(c) violates the Individuals with Disabilities Education Act, and (2) Whether the district court erred in granting judgment to the Department of Education on R.T.D.'s claims under the Americans with Disabilities Act and Rehabilitation Act.

For the reasons stated in *E.R.K.*, the judgment is.

REVERSED as to issue 1, and AFFIRMED as to issue 2. Costs on appeal shall be awarded to Plaintiffs–Appellants.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.